**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------X

In Re:                                                    **Chapter 11**

**THE CULTURE PROJECT, INC,**                  **Case No.:  16-11874 (MEW)**

                                    **Debtor.**
--------------------------------------------------------- -X

### ORDER FURTHER EXTENDING DEBTOR'S TIME PERIODS TO FILE A SMALL BUSINESS PLAN OF REORGANIZATION AND TO CONFIRM A SMALL BUSINESS PLAN OF REORGANIZATION

UPON THE  application filed by The Culture Project, Inc., the debtor and debtor in possession herein (the "Debtor"), dated June 21, 2017, by its attorneys, Shafferman & Feldman LLP, seeking the entry of an order pursuant to sections 1121(e)(3) and 1129(e) of title 11 of the United States Code (the "Bankruptcy Code"): (1) further extending the Debtor's time to file a small business plan of reorganization for sixty (90) days from July 24, 2017 through and including October 23, 2017; (2) further extending the Debtor's time to confirm a small business plan of reorganization for ninety (90) days from September 7, 2017 through and including December 6, 2017; and (3) granting the Debtor such other and further relief as this Court deems just and proper, (the "Application"); and appropriate notice of the Application having been given; and a hearing having been held on July 11, 2017; and good and sufficient cause appearing therefor, it is hereby

**ORDERED**, that the time period within which the Debtor has the right to file a small business plan of reorganization is extended for ninety (90) days from July 24, 2017 through and including October 23, 2017; and it is further

**ORDERED**, that the time period within which the Debtor has the right to confirm a small business plan of reorganization is further extended for ninety (90) days from September 7, 2017 through and including December 6, 2017; and it is further

**ORDERED**, that the entry of this order is without prejudice to (i) the Debtor's right to seek additional extension[s] of the time periods within which the Debtor has the right to file and confirm a small business plan of reorganization, and (ii) any party's right to oppose any such relief.

Dated:  New York, New York
        July   , 2017

_____
Honorable Michael E. Wiles
United States Bankruptcy Judge